JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN ARNOLDINI, | NO. CV 22-3328 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CENTENE CORPORATION, | |
| Defendant. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 27th day of January, 2023.

/s/
Fernando M. Olguin
United States District Judge